ANTHONY F. PINELLI (CA Bar No. 111968)
RICHARD WILBUR (CA Bar No. 85727)
WILLIAMS, PINELLI & CULLEN, LLP
110 North Third Street
San Jose, California 95112
Telephone:   (408) 288-3868
Facsimile:   (408) 288-3860

Attorneys for Defendant,
DAVID GAGE

*E-FILED - 6/3/09*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ROSEMARY GREENLAW,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVID GAGE, TOWER ADAMS, REX CHURCHWARD, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. C08 04782 RMW<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE; ORDER**<br><br><br>Judge:　　**Honorable Ronald M. Whyte** |

　　　IT IS HEREBY STIPULATED by and between the parties to this action through in Pro Per Plaintiff and designated counsel that Gage's Motion to Dismiss and the Case Management Conference, both set for June 5, 2009, be continued to June 12, 2009 at 9:00 a.m. in Department 6.

　　　Opposition and reply due dates on the Motion to Dismiss shall conform to the new date.

Dated: May 14, 2009

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ROSEMARY GREENLAW *
　　　　　　　　　　　　　　　　　　　Plaintiff in Pro Per

Dated: May 14, 2009　　　　　　　　　WILLIAMS, PINELLI & CULLEN, LLP

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　RICHARD WILBUR
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant, DAVID GAGE

*\* PLEASE SEE PLAINTIFF'S REQUEST TO CONTINUE MOTION TO DISMISS TO FUTURE DATE.*

## **ORDER**

PURSUAN TO STIPULATION, IT IS SO ORDERED.

DATED: 6/3/09

*/s/ Ronald M. Whyte*
HONORABLE JUDGE WHYTE