**United States District Court**
For the Northern District of California

**E-FILED on** __06/11/09__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSEMARY GREENLAW<br><br>Plaintiff,<br><br>v.<br><br>TOWER ADAMS and DAVID GAGE,<br><br>Defendants. | No. C-08-04782 - RMW<br><br>ORDER CONTINUING HEARING ON MOTION TO DISMISS<br><br>**[Re Docket No. 28]** |

    Plaintiff Rosemary Greenlaw, *pro se* in this matter, has requested that the hearing on defendant David Gage's motion to dismiss, presently scheduled for June 12, 2009, be continued until defendant Tower Adams can be served. Defendant Gage's counsel has represented to the court that they do not oppose a continuance on the motion to dismiss. The June 12, 2009 hearing on the motion to dismiss, as well as the case management conference, is hereby vacated. The parties shall meet and confer regarding service on Tower Adams and an appropriate hearing date for Gage's motion to dismiss. Absent a written stipulation otherwise, the hearing on Gage's motion to dismiss and the case management conference will be held on August 7, 2009 at 9:00 a.m. and 10:30 a.m., respectively.

DATED: __06/11/09__

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

1  **Notice of this document has been electronically sent to:**

2  **Plaintiff,** *pro se***:**

3  Rosemary Greenlaw
   825 Villa Avenue
4  San Jose, CA 95126-2461

5  **Counsel for Defendants:**

6  Edward F. Cullen            ecullen@wpclaw.com

7
   Counsel are responsible for distributing copies of this document to co-counsel that have not
8  registered for e-filing under the court's CM/ECF program.

9

10

11  **Dated:**      06/11/09                              JAS
                                                **Chambers of Judge Whyte**
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING HEARING ON MOTION TO DISMISS—No. C-08-04782 - RMW
JAS                                      2