**E-FILED on**   8/25/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSEMARY GREENLAW<br><br>    Plaintiff,<br><br>    v.<br><br>TOWER ADAMS and DAVID GAGE,<br><br>    Defendants. | No. C-08-04782 - RMW<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS<br>**[Re Docket No. 36]** |

        The parties have stipulated to continue the hearing on Gage's motion to dismiss and the Case Management Conference, both currently set for August 28, 2009. The hearing and case management conference are hereby vacated. Absent a written stipulation otherwise, the hearing on Gage's motion to dismiss and the case management conference will be held on November 6, 2009 at 9:00 a.m. and 10:30 a.m., respectively. The attempt at service on Tower Adams by certified mail return receipt requested was returned unconfirmed. Plaintiff is to verify the address of defendant Tower Adams if she wishes to pursue the case against him. The court does not intend to continue the hearing and Case Management Conference again. The opposition and reply shall be due according to the new date.

DATED:     8/25/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been sent to:**

**Plaintiff,** *pro se***:**

Rosemary Greenlaw
825 Villa Avenue
San Jose, CA 95126-2461

**Counsel for Defendants:**

Edward F. Cullen          ecullen@wpclaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    8/25/09                          JAS
                                                           **Chambers of Judge Whyte**