**E-FILED on** 11/16/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSEMARY GREENLAW<br><br>Plaintiff,<br><br>v.<br><br>TOWER ADAMS and DAVID GAGE,<br><br>Defendants. | No. C-08-04782 - RMW<br><br>ORDER GRANTING MOTION TO DISMISS<br><br>**[Re Docket No. 17]** |

Plaintiff Rosemary Greenlaw ("Greenlaw"), *pro se* in this matter, brings this action against defendants Tower Adams ("Adams") and David Gage ("Gage) for conspiracy to interfere with her civil rights, as well as malicious prosecution, abuse of process, negligent and intentional infliction of emotional distress, defamation, and breach of contract. It appears that Adams has not yet been served. Gage now moves to dismiss, arguing that the complaint fails to state a federal claim and that diversity and supplemental jurisdiction are unavailable to adjudicate the remaining state causes of action. Greenlaw filed an untimely opposition. For the reasons state below, the court grants the motion to dismiss.

The complaint states that defendants accused Greenlaw of theft, knowing those allegations to be false. Compl. ¶ 11. It also states that Greenlaw was acquitted on the charges of grand and petty theft. *Id.* ¶ 10. Greenlaw incurred "costs and fees, lost wages and/or income, including attorneys'

fees in an amount exceeding $75,000 . . . ." *Id.* ¶ 13. The complaint also states that "[p]ursuant to the Declaration of Covenants, Conditions and Restrictions Tract No. 7415 (hereinafter referred to as 'CC&Rs'), recorded in Santa Clara County, Plaintiff was entitled to indemnification under Article 22 of these CC&Rs, by all owners against all expenses and liabilities, including attorneys' fees." *Id.* ¶ 11. The complaint states that "[a]t all times herein mentioned, Defendants, and each of them, conspired to deprive the plaintiff of her constitutional and legal rights. Defendants have harassed Plaintiff and interfered with her access to her unit (private residence), denying her accommodations due to her disability, all in violation of the federal Fair Housing Amendments Act . . . ." *Id.* ¶ 15.

The complaint does not allege sufficient facts to state a claim. As for the malicious prosecution claim, plaintiff does not state what role defendants played in her prosecution. As for the purported civil rights claim, the complaint does not state what defendants have done, much less conspired to do, to interfere with her constitutional rights. Furthermore, although the complaint states that defendants have denied her accommodations in violation of the Fair Housing Amendments Act, it does not state any facts that form the basis for that violation, nor what provision of the Act defendants violated. *Id.* ¶ 15. Indeed, the complaint includes almost no facts, apart from legal conclusions, as to the conduct of defendants about which she complains.

**ORDER**

For the reasons stated above, the court grants defendant Gage's motion to dismiss. Plaintiff shall have twenty days leave to amend.

DATED: 11/13/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been sent to:**

**Plaintiff,** *pro se***:**

Rosemary Greenlaw
825 Villa Avenue
San Jose, CA 95126-2461

**Counsel for Defendants:**

Edward F. Cullen         ecullen@wpclaw.com
Richard Bradford Wilbur    rwilbur@wpclaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    11/16/09                                    CCL
                                                                     **Chambers of Judge Whyte**