**United States District Court**
For the Northern District of California

**E-FILED on**    6/4/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSEMARY GREENLAW, | No. C-08-04782 RMW |
|     Plaintiff, | |
|     v. | ORDER DISMISSING THIS ACTION |
| TOWER ADAMS, DAVID GAGE, and DOES 1 through 50, inclusive, | |
|     Defendants. | |

On February 26, 2010, the court issued an order to show cause why this case should not be dismissed for failure to state a federal claim. Plaintiff has failed to show any basis for federal jurisdiction. Therefore, this action is dismissed without prejudice, and the court need not reach issues regarding the disputed service of process. Since this matter is dismissed, all pending motions are mooted, and hearing dates are vacated.

DATED:    6/4/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING THIS ACTION—No. C-08-04782 RMW
CCL

**United States District Court**
For the Northern District of California

**Notice of this document has been sent to:**

**Plaintiff:**

Rosemary Greenlaw
825 Villa Avenue
San Jose, CA 95126-2461

**Counsel for Defendants:**

| | |
|---|---|
| Edward F. Cullen | ecullen@wpclaw.com |
| Richard Bradford Wilbur | rwilbur@wpclaw.com |
| Julie Hope Rome-Banks | julie@bindermalter.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 6/4/10                                   CCL
                                                    **Chambers of Judge Whyte**