**E-FILED on**   6/4/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSEMARY GREENLAW<br><br>    Plaintiff,<br><br>  v.<br><br>TOWER ADAMS and DAVID GAGE,<br><br>    Defendants. | No. C-08-04782 - RMW<br><br>JUDGMENT |

    On June 4, 2010, the court issued an order dismissing this action without prejudice for lack of subject matter jurisdiction. Therefore, it is hereby adjudged that plaintiff takes nothing by way of her complaint and that judgment be entered in favor of defendants.

DATED:     6/4/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-08-04782 - RMW
CCL

**Notice of this document has been sent to:**

**Plaintiff:**

Rosemary Greenlaw
825 Villa Avenue
San Jose, CA 95126-2461

**Counsel for Defendants:**

| | |
|---|---|
| Edward F. Cullen | ecullen@wpclaw.com |
| Richard Bradford Wilbur | rwilbur@wpclaw.com |
| Julie Hope Rome-Banks | julie@bindermalter.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** _____6/4/10_____            _____CCL_____
                                      **Chambers of Judge Whyte**