**E-FILED on**   10/15/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSEMARY GREENLAW<br><br>        Plaintiff,<br><br>   v.<br><br>TOWER ADAMS and DAVID GAGE,<br><br>        Defendants. | No. C-08-04782 - RMW<br><br>ORDER DENYING REQUEST FOR FREE TRANSCRIPTS<br><br>**[Re Docket No. 100]** |

    Plaintiff has not shown that she is entitled to free transcripts. Plaintiff's request for free transcripts is denied.

DATED:    10/15/10

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DENYING REQUEST FOR FREE TRANSCRIPTS—No. C-08-04782 - RMW
CCL